## CASES DISMISSED BEFORE THE CLERK IN VACATION DURING THE JUNE TERM, A. D. 1924.

F. A. Barrett, as Receiver, etc., Appellant, v. C. J. Hector, Appellee.

An Appeal from the Circuit Court for Broward County.

Appeal dismissed on præcipe of counsel for Appellant.

*McCune, Weidling & Hiaasen,* for Appellant.

---

Rosanna Small and Joseph N. Small, Appellants, v. Colonial Investment Company, a corporation, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on præcipe of counsel for Appellants.

*Andrews & Mahon,* for Appellants.

---

State *ex rel.* Iona Drainage District, Relator, v. DeWitt T. Gray, as Circuit Judge, etc., Respondent.

A case of original jurisdiction.

Alternative Writ dismissed on præcipe of counsel for Relator.

*John T. G. Crawford,* for Relator.